IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JAN 23 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| D. SCOTT DAVIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LOGAN SHAWBACK; MARK MULCAHY; FLATHEAD COUNTY; and DOES 1-10,<br><br>　　　　　Defendant. | CV 16-81-M-DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The jury trial scheduled for June 26, 2017, is VACATED.

DATED this 23rd day of January, 2017.

Donald W. Molloy, District Judge
United States District Court